1
2
3
4
5
6
7
8          **UNITED STATES DISTRICT COURT**
9          **CENTRAL DISTRICT OF CALIFORNIA**
10
11   COLIN MICHAEL RANDOLPH,        CASE NO. 2:17-CV-03301-PSG (SK)
12                   Petitioner,
13           v.                      **JUDGMENT**
14
     C. PFEIFFER, Warden, K.V.S.P.,
15
16
                     Respondent.
17
18

19          Pursuant to the Order Dismissing Petition for lack of jurisdiction, **IT
20   IS ADJUDGED** that the petition for writ of habeas corpus is dismissed as
21   second or successive and the action dismissed without prejudice.
22
23
24   DATED: ___4/14/17___          _____
25                                 HON. PHILIP S. GUTIERREZ
                                   U.S. DISTRICT JUDGE
26
27
28